IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**UNITED STATES OF AMERICA,**

**Plaintiff,**

v.

**Civil No. 5: 07-CV-163
(FJS/DEP)**

**$6,808.34 IN U.S. CURRENCY,**

**Defendant.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER BARRING ALL FURTHER CLAIMS

This matter having come before me at Syracuse, New York on May 11, 2007 for the return on the Warrant for Arrest of Articles *In Rem* pursuant to Rule C(3) of the Supplemental Rules for Admiralty and Maritime Claims, and after publication in accordance with law; Michael David Roberts, Sr., having interposed his verified claim of ownership, and

There being no further claims or answers interposed and there being no appearance at the call of the calendar on May 11, 2007 on behalf of any other parties, it is hereby

**ORDERED,** that other than the claim of Michael David Roberts, Sr., all further claims pertaining to the subject property are hereby barred and foreclosed forever, and it is further

**ORDERED,** that the claim of Michael David Roberts, Sr., shall proceed into the discovery stage.

DATED: May 11, 2007

_____
HONORABLE FREDERICK J. SCULLIN, JR.
SENIOR U.S. DISTRICT JUDGE